UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Boshell; Jason Boutwell; Devon Love; Phillip Rainge; Cortez Shelby; Brent Hilley; Anthony Brown; Jerry Duke; Joe Aloi; Stephen Knight; Dustin Thull; Jason Hoffinan; Billy McConnell; William Woodson; Scott Reed; Marquis Harrell; John Morris; Jose Santiago; Johnny Carreker; Floyd Loftis; Lukeldic Harris; Quentin Nathaniel; Redmond Berry; John Cole; James Eskridge; Francisco Pizarro; Danny Rix; Stephen Turner; Thomas Washington; Joshua Holmes; Stephen Swix; Garrett Bitts; Monroe Jackson; Thomas Gonzales; Christopher Calloway; Michael Leger; Jason Hurst; Javaris York; Christopher Vincent; Gecarian Holmes; Jafarri Brown; John Jackson; Marvin Elder; Robert Dixon; Damian Youman; Frank Roberts; Stephen Keith; Dempsie Goode; Cedric Geter; Kenneth Mack; Paul Moore; Anthony Scrimo; Keefe Preast; Seth Lemonds; Raymond Hyman; Edward Futch; Osiel Cespedes; Cory Christen; Rodrick Butler; Joel Bell; Jordan Bowersox; Anthony Davis; Ross Fitzsimmons; Eddie Frost; Mitchell Grimmett; Frankie Gutierrez; Roderick Harris; Joseph Jackson; Jonathan Kirkman; William Meeks; Ced Miller; Steven Morris; Gregory Payne; Ryan Pulley; Yalik Roulhac; Joshua Scandrett; Daniel Shelly; Christopher Smith; James Spann; Alexander Umstead; Jeffrey White; Keith Aiken; James Barnes; Corey Crane; Eddie Dennis; Troy Evans; Mitchell Faircloth; Kevin Hayes; Brian Heather; William Henry; Jason Hice; and Bryan Yates,

      Plaintiffs,

Case No. 19-cv-1983

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT 3M COMPANY**

v.

3M Company and
Aearo Technologies LLC,

        Defendants.

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant 3M Company states that it has no parent corporation and there is no publicly held corporation that holds 10% or more of its stock.

| | |
|---|---|
| Dated: July 26, 2019 | s/ *Benjamin W. Hulse* |
| | Jerry W. Blackwell, Minn. Bar #186867 |
| | Benjamin W. Hulse, Minn. Bar #0390952 |
| | S. Jamal Faleel, Minn. Bar #0320626 |
| | BLACKWELL BURKE P.A. |
| | 431 South Seventh Street, Suite 2500 |
| | Minneapolis, MN 55415 |
| | Tel: (612) 343-3200 |
| | Fax: (612) 343-3205 |
| | Email: blackwell@blackwellburke.com |
| |        bhulse@blackwellburke.com |
| |        jfaleel@blackwellburke.com |
| | ***Counsel for Defendant 3M Company*** |